O

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SEPULVEDA,<br><br>                Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, et al.,<br><br>                Respondents. | Case No. CV 18-01700 JGB (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 7, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE